David LUCAS, Plaintiff—Appellant,

v.

CRIME RECORDS CENTER, DIRECTOR; Department of the Army; Naval Criminal Investigative Services; Department of the Navy, Defendants—Appellees.

No. 05–7531.

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2006.

Decided: June 1, 2006.

David Lucas, Appellant Pro Se.

Before LUTTIG,* TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Lucas appeals from the district court's orders denying his "Petition for Pre-Action Discovery" pursuant to Fed.R.Civ.P. 27 and motion for reconsideration pursuant to Fed.R.Civ.P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning that the pre-action discovery request, a precursor to filing a motion under

---

* Judge Luttig was a member of the original panel but did not participate in this decision.

This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

28 U.S.C. § 2255 (2000), must be filed in the court that imposed sentence. *See* 28 U.S.C. § 2255; *Braden v. 30th Judicial Circuit Court,* 410 U.S. 484, 497, 93 S.Ct. 1123, 35 L.Ed.2d 443 (1973). We also grant Lucas' motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*